AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:24-cv-61608-JEM (S.D. Fla)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nu Life Health LLC
was received by me on *(date)* 09/16/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Robin Hutt-Banks , who is designated by law to accept service of process on behalf of *(name of organization)* Business Filings Inc. Agent for Nu Life Health LLC on *(date)* 09/17/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2024

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
*Server's address*

Additional information regarding attempted service, etc:
served at 108 W 13th St, Wilmington DE 19801 @ 9:32am

Docs served:
Summons; Complaint