IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:24-cv-61608-JEM

LILIA R. BOGOEVA, individually and
on behalf of a class of all persons similarly
situated,

                      Plaintiff                      CLASS ACTION

vs.

NU LIFE HEALTH LLC,

                      Defendant.
_____

### NOTICE OF APPEARANCE OF MICAHEL J. LOBER
### ON BEHALF OF DEFENDANT

COMES NOW, Michael J. Lober, and files this Notice of Appearance of behalf of Defendant NU Life Health, LLC

Dated: October 8, 2024

                                                  Respectfully submitted

                                                  */s/ Michael J. Lober*
                                                  Michael J. Lober (Fl. Bar # 965560)
                                                  mjlober@lddlawyers.com
                                                  Lober & Dobson
                                                  1197 Canton Street
                                                  Roswell, GA 30075
                                                  (770) 741-0700
                                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about October 8, 2024, a true and accurate copy of Defendant's Motion for Extension of Time was served on counsel of record via the CM/ECF system.

/s/ *Michael J. Lober*
Michael J. Lober
Fl. Bar # 965560