UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 24-61608-CIV-MARTINEZ-VALLE

LILIA R. BOGOEVA, individually and on behalf of a class of all persons similarly situated,

    Plaintiff,

v.

NU LIFE HEALTH LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon Plaintiff Bogoeva's and Defendant NU Life Health LLC's Stipulation of Dismissal, (ECF No. 14). It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**. Each party shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of January, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record